JOHN L. BURRIS Esq., SBN 69888
BENJAMIN NISENBAUM, Esq., SBN 222173
JAMES COOK Esq., SBN 300212
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
bnisenbaum@gmail.com
james.cook@johnburrislaw.com

Attorneys for Plaintiffs


**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Ste. 160
Gold River, California 95670

Tel: 916-922-1200
Fax: 916-922-1303
Shanan L. Hewitt (SBN 200168)
shewitt@rhplawyers.com
Jonathan B. Paul (SBN 215884)
jpaul@rhplawyers.com

Attorneys for Defendant,
CITY OF MODESTO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTONI ESTRELLA individually and as co-successor-in interest to Decedent PAUL DAVID CHAVEZ JR.; P.C., a minor, by and thru Guardian Ad Litem BRITTONI ESTRELLA, J.C., a minor, by and thru Guardian Ad Litem BRITTONI ESTRELLA, A.C., a minor, by and thru Guardian Ad Litem BRITTONI ESTRELLA, all of whom are co-successors-in interest to Decedent PAUL DAVID CHAVEZ JR., <br><br> *Plaintiffs*, <br><br> vs. <br><br> CITY OF MODESTO, a municipal corporation; and DOES 1-50, inclusive, individually, jointly, and severally, <br><br> *Defendants*. | CASE NO.: 1:22-cv-00921-DAD-BAM <br><br> **STIPULATION and ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING AND REQUEST TO CONTINUE MANDATORY SCHEDULING CONFETRENCE AND RELATED DEADLINES** <br><br> **[E.D. Cal. L.R. 144(a)]** |

Plaintiffs, by and through their counsel, John L. Burris Esq., Benjamin Nisenbaum, Esq., James Cook Esq., of the Law Offices of John L. Burris, and Defendant City of Modesto, by and through counsel, Shanan L. Hewitt, Esq. and Jonathan B. Paul, Esq., of the Law Offices of Rivera Hewitt Paul LLP, collectively referred to as "the Parties," hereby stipulate pursuant to Local Rule of Court 144(a) to an extension of time in order to permit Defendant to file a responsive pleading to Plaintiffs' First Amended Complaint for Damages (Doc. 13) filed on October 1, 2022, in accordance with the pleading requirements of the Federal Rules of Civil Procedure and request a continuance of the October 26, 2022 mandatory scheduling conference and related deadlines as follows:

(1) Defendant CITY OF MODESTO was served with this lawsuit on or about September 9, 2022.

(2) The undersigned defense counsel sent a Rule 12 meet and confer letter to Plaintiff's counsel on or about September 23, 2022.

(3) Thereafter, counsel for the Parties conducted a telephonic meet and confer;

(4) On or about October 1, 2022, a First Amended Complaint was filed by Plaintiffs;

(5) Defendant CITY OF MODESTO' counsel sent a meet and confer letter to Plaintiff's counsel via email and U.S. mail in response to the First Amended Complaint on October 10, 2022, in anticipation of filing a F.R.C.P. 12(b)(6) motion to dismiss. To date, the Parties have not yet had an opportunity to conduct a meet and confer conference;

(6) Under these circumstances, the Parties have agreed and hereby stipulate to extend the time for Defendant CITY OF MODESTO to respond to the First Amended Complaint (Doc. 13) from the responsive pleading due date of October 15, 2022, to the agreed upon date of October 28, 2020. Based on the recently filed First Amended Complaint, time for Defendant to file a responsive pleading and likelihood that a motion to dismiss under F.R.C.P. will be filed, and the Parties hereby request that the Mandatory Scheduling Conference currently set for October 26, 2022 and deadline for filing of a joint scheduling report be continued by the Court.

IT IS SO STIPULATED.

Dated: October 13, 2022                    LAW OFFICES OF JOHN L. BURRIS

                                                                                         /s/ James Cook
JOHN L. BURRIS Esq.
BENJAMIN NISENBAUM, Esq.
JAMES COOK Esq.
Attorneys for Plaintiffs

Dated: October 13, 2022                    RIVERA HEWITT PAUL LLP

                                                                                         /s/ Shanan L. Hewitt
SHANAN L. HEWITT, Esq.
JONATHAN B. PAUL, Esq.
Attorneys for Defendant
CITY OF MODESTO

**ORDER**

GOOD CAUSE having been shown, the foregoing stipulated request for an extension of time for Defendant CITY OF MODESTO to file a responsive pleading to Plaintiffs' First Amended Complaint (Doc. 13) is HEREBY GRANTED. Defendant CITY OF MODESTO shall file and serve their responsive pleading to Plaintiffs' First Amended Complaint no later than October 28, 2022. Based on the foregoing, the Mandatory Scheduling Conference currently set for October 26, 2022, is CONTINUED to **December 5, 2022, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties SHALL file their joint scheduling report by no later than November 28, 2022.

IT IS SO ORDERED.

Dated: **October 14, 2022**         /s/ *Barbara A. McAuliffe*
                                                                     UNITED STATES MAGISTRATE JUDGE