JOHN L. BURRIS Esq., SBN 69888
BENJAMIN NISENBAUM, Esq., SBN 222173
JAMES COOK Esq., SBN 300212
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
bnisenbaum@gmail.com
james.cook@johnburrislaw.com

Attorneys for Plaintiffs


**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Ste. 160
Gold River, California 95670

Tel: 916-922-1200
Fax: 916-922-1303
Shanan L. Hewitt (SBN 200168)
shewitt@rhplawyers.com
Jonathan B. Paul (SBN 215884)
jpaul@rhplawyers.com

Attorneys for Defendant,
CITY OF MODESTO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTONI ESTRELLA individually and as co-successor-in interest to Decedent PAUL DAVID CHAVEZ JR.; P.C., a minor, by and thru Guardian Ad Litem BRITTONI ESTRELLA, J.C., a minor, by and thru Guardian Ad Litem BRITTONI ESTRELLA, A.C., a minor, by and thru Guardian Ad Litem BRITTONI ESTRELLA, all of whom are co-successors-in interest to Decedent PAUL DAVID CHAVEZ JR., <br><br> *Plaintiffs*, <br><br> vs. <br><br> CITY OF MODESTO, a municipal corporation; and DOES 1-50, inclusive, individually, jointly, and severally, <br><br> *Defendants*. | CASE NO.: 1:22-cv-00921-MCE-JDP <br><br> **STIPULATION and ORDER FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' SECOND AMENDED COMPLAINT** <br><br> **[E.D. Cal. L.R. 144(a)]** |

Plaintiffs, by and through their counsel, John L. Burris Esq., Benjamin Nisenbaum, Esq., James Cook Esq., of the Law Offices of John L. Burris, and Defendant City of Modesto, by and through counsel, Shanan L. Hewitt, Esq. and Jonathan B. Paul, Esq., of the Law Offices of Rivera Hewitt Paul LLP, collectively referred to as "the Parties," hereby stipulate pursuant to Local Rule of Court 144(a) to an extension of time in order to permit Defendant to file a responsive pleading to Plaintiffs' Second Amended Complaint for Damages (Doc. 31) filed on September 27, 2023, in accordance with the Federal Rules of Civil Procedure and the Eastern District Local Rules. The parties stipulate and have agreed to extend the responsive pleading deadline as follows:

(1) On September 28, 2023, Plaintiffs filed a Motion for Reconsideration of the court's ruling on Defendant CITY OF MODESTO'S Motion to Dismiss Plaintiffs' first amended complaint (Doc. 36);

(2) Plaintiffs' Motion for Reconsideration is not yet fully briefed and therefore the Court has not yet issued a ruling on the motion;

(3) Under these circumstances, the Parties have agreed and hereby stipulate to extend the time for Defendant CITY OF MODESTO file their responsive pleading to the Second Amended Complaint (Doc. 31) to ten (10) days after the Court issues a ruling on Plaintiffs' pending Motion for Reconsideration.

IT IS SO STIPULATED.

Dated: October 9, 2023               LAW OFFICES OF JOHN L. BURRIS

                                     _/s/ James Cook_____
                                     JOHN L. BURRIS Esq.
                                     BENJAMIN NISENBAUM, Esq.
                                     JAMES COOK Esq.
                                     Attorneys for Plaintiffs

Dated: October 9, 2023               RIVERA HEWITT PAUL LLP

                                     _/s/ Shanan L. Hewitt_____
                                     SHANAN L. HEWITT, Esq.
                                     JONATHAN B. PAUL, Esq.
                                     Attorneys for Defendant
                                     CITY OF MODESTO

**ORDER**

GOOD CAUSE having been shown, the foregoing stipulated request for an extension of time for Defendant CITY OF MODESTO to file a responsive pleading to Plaintiffs' Second Amended Complaint (Doc. 31) is HEREBY GRANTED. Defendant CITY OF MODESTO shall file and serve their responsive pleading to Plaintiffs' Second Amended Complaint no later than ten (10 days) after this Court issues a ruling on Plaintiffs' pending Motion for Reconsideration.

IT IS SO ORDERED.

DATED: OCTOBER 12, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE