JOHN L. BURRIS Esq., SBN 69888
BENJAMIN NISENBAUM, Esq., SBN 222173
JAMES COOK Esq., SBN 300212
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
bnisenbaum@gmail.com
james.cook@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTONI ESTRELLA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF MODESTO, et al.,<br><br>　　　　　Defendants. | No.  1:22-cv-0921-MCE-JDP<br><br>**ORDER GRANTING MOTION TO SEAL PETITION TO APPOINT TERESA CLUTTER AS GUARDIAN AD LITEM FOR MINOR PLAINTIFFS P.C., A.C., AND J.C.** |

**ORDER**

The Court hereby grants Plaintiffs' request to seal portions of the Plaintiffs' petitions to appoint Guardian ad Litems for minor plaintiffs P.C., A.C., AND J.C. The Minor Plaintiffs' names and birthdates shall be filed under seal.

IT IS SO ORDERED.

Dated:  June 24, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

1