JOHN L. BURRIS Esq., SBN 69888
BENJAMIN NISENBAUM, Esq., SBN 222173
JAMES COOK Esq., SBN 300212
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
bnisenbaum@gmail.com
james.cook@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTONI ESTRELLA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF MODESTO, et al.,<br><br>    Defendants. | No. 1:22-cv-0921-MCE-JDP<br><br>**PETITION AND PROPOSED ORDER TO APPOINT TERESA CLUTTER AS GUARDIAN AD LITEM FOR MINOR PLAINTIFFS P.C., A.C., AND J.C.** |

### NOTICE OF MOTION

PLEASE TAKE NOTICE THAT Plaintiffs by and through their attorneys, move this Court, for an order to appoint Teresa Clutter as Guardian ad Litem for Minor Plaintiffs P.C., A.C., and J.C.

### PETITION TO APPOINT GUARDIAN AD LITEM

Petitioner, Teresa Clutter, respectfully represents:

1.  I am the grandmother and legal guardian to Minor Plaintiffs ▓▓▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓▓▓, and ▓▓▓▓▓▓▓▓▓▓, (hereinafter P.C., A.C., and J.C.).

1

2. Decedent BRITTONI ESTRELLA was the mother of Minor Plaintiffs P.C., A.C., and J.C. Decedent, PAUL CHAVEZ, JR., was the father of Minor Plaintiffs P.C., A.C., and J.C.

3. Minor Plaintiff P.C. was born on ▮▮▮▮, 2014 and is presently 10 years old. Minor Plaintiff A.C. was born on ▮▮▮▮ 2015 and is presently 8 years old. Minor Plaintiff J.C. was born on ▮▮▮▮, 2017 and is presently 7 years old.

4. Minor Plaintiffs P.C., A.C., and J.C. have causes of action against the named defendants herein on which a lawsuit was brought in this court for violation of civil rights under Federal statutes.

5. Plaintiffs' causes of action arise out of an incident which occurred on July 14, 2022, in which Minor Plaintiffs' father, PAUL CHAVEZ, JR. died during an incident with City of Modesto Police Department Officers.

6. BRITTONI ESTRELLA was the guardian of Minor Plaintiffs P.C., A.C., and J.C., and previously acted as the Guardian ad Litem of the minor plaintiff's until the date of her death on May 17, 2024.

7. Here, petitioner is willing to serve as the minors' Guardian Ad Litem in place of the minor plaintiffs previous guardian. Petitioner is fully competent to understand and protect the rights of the minors. Petitioner has no interest adverse to that of the minors because Petitioner is not a party to this matter. Further, their interests concerning liability are totally aligned, and their interests concerning damages totally align as well. The measure of damages is individual to Petitioner and minor plaintiff, with any amount awarded to one not impacting the amount awarded to the other, and also coincide, where the nature of the family relationships advance each others' interests, as opposed to being adverse to each other's interests.  As the children's grandmother, Petitioner is also the best person to act in the interest of the minors.

8. Petitioner requests that she be appointed guardian ad litem for Minor Plaintiffs P.C., A.C., and J.C. to prosecute the above-described causes of action on behalf of Minor Plaintiffs P.C., A.C., and J.C., and for such other relief as the Court may deem just and proper.

9. This petition was prepared by the Law Offices of John L. Burris, the lead counsel representing plaintiffs in this action. Benjamin Nisenbaum, Esq. of Law Offices of John L. Burris

1  also represents Plaintiffs and is in agreement with the terms of this Petition. John L. Burris, Esq.,
2  Benjamin Nisenbaum, Esq., and James Cook Esq., hereby represent to the Court that they became
3  involved in this case at the request of plaintiffs, and have not received, and do not expect to
4  receive any compensation for their services in connection with this action from any person other
5  than the parties whom they represent in this action.

6       I declare under penalty of perjury under the laws of the State of California that the
7  foregoing is true and correct of my personal knowledge, except where stated on information and
8  belief, and to those matters I am informed and believe them to be true. If called as a witness, I
9  would competently testify to those matters stated herein.

10                    Executed on June 3, 2024 at Oakland, California

12                    /s/ *Teresa Clutter*
                   Teresa Clutter,
13                    Guardian to Minor Plaintiffs P.C., A.C., and J.C.

15 DATED:  June 3, 2024               **LAW OFFICES OF JOHN L. BURRIS**

17                   By: /s/ *Benjamin Nisenbaum*
18                    JOHN BURRIS
                   BENJAMIN NISENBAUM
19                    JAMES A. COOK
20                    Attorneys for Plaintiffs

22                   **[PROPOSED] ORDER**

23     GOOD CAUSE APPEARING, The Court hereby appoints Teresa Clutter as Guardian ad
24 Litem for Minor Plaintiffs P.C., A.C., and J.C.

25 **IT IS SO ORDERED.**

27 DATED:  06/24/2024                 _____
                                 MORRISON C. ENGLAND, JR
28                                  UNITED STATES DISTRICT JUDGE