**Procedures for Civil Matters**

Magistrate Judge Jeremy D. Peterson
Eastern District of California
Sacramento
Chambers email: jdporders@caed.uscourts.gov

Courtroom Deputy ("CRD"): Nic Cannarozzi
CRD telephone: (916) 930-4172
CRD email: ncannarozzi@caed.uscourts.gov

## I.  GENERAL INFORMATION

### A.  Court Information

Please call the Clerk's Office Helpdesk at (916) 930-4000 for all case-related or filing questions.

### B.  Appearances

Parties in civil matters proceeding before Judge Peterson generally appear via Zoom.  Scheduling requests should be made through the CRD at least one week before the scheduled hearing.

### C.  Documents Requiring Court Approval

In keeping with the Local Rules of the Eastern District, counsel must email to jdporders@caed.uscourts.gov all proposed orders, applications, requests, stipulations, etc., in Microsoft Word format.  Per Local Rule 131(a)(c), the emailed document must include the attorney(s)' electronic signature(s) (*i.e.*, "/s/ [Name]"), as well as the date signed.  Include the case name and case number in the subject line of all emails.

## II.  PROCEDURES FOR CIVIL MATTERS

### A.  Motions and Hearing Dates

Parties should contact the CRD for available dates.  Judge Peterson may elect to take a matter under submission without a hearing, pursuant to Local Rule 230(g).

**B.  Scheduling Conferences**

If the court sets a mandatory scheduling conference, the parties must file a joint scheduling conference report at least one full week prior to the scheduling conference.

**C.  No Paper Copies**

Paper courtesy copies should not be provided to court chambers unless specifically requested.

**D.  Discovery Motions**

Judge Peterson will not consider any discovery motions without prior approval obtained in accordance with the following procedures:

1.  Requesting a Conference

Prior to requesting a conference, a party with a discovery dispute must confer with the opposing party, or attempt in good faith to do so, in an effort to resolve the dispute without court action.  Such conference shall be by telephone, videoconference, or in person; email and other written means of communication are insufficient.  If such effort fails to resolve the dispute, the moving party must, prior to filing a notice of motion, contact the CRD to request a pre-motion conference with Judge Peterson.  That party shall advise the court of dates and times when all concerned parties are available to confer regarding the dispute and shall inform the court of the date and time of the prior conference (or attempt to confer).

2.  Scheduling

The court will issue a minute order advising counsel of the time and date of the conference.  The conference will be conducted via Zoom, and the court will provide the parties with the login information.

3.  Briefing

Unless otherwise directed by the court, each party is required to file an informal brief outlining the dispute no later than forty-eight hours before the scheduled conference.  The brief shall not exceed three pages in length.  Attachments are prohibited.

4. <u>The Conference</u>

At the conference, the court will discuss the issue raised and may announce an anticipated ruling on the dispute.  If a party is dissatisfied with the conference, it may seek permission to file a formal motion.

5. <u>Further Proceedings</u>

If, following the conference, either party believes motion papers and/or supporting memoranda are needed to resolve a dispute, that party can request permission to file such documents.  The provisions of Local Rule 251(b) though (f) will not apply unless the Judge so orders.  Any motion authorized by the court must (1) quote in full each interrogatory, deposition question, request for admission, or request for production that is in dispute, and (2) state the response or objection and grounds therefor as articulated by the opposing party.  The briefing schedule shall proceed as prescribed in Local Rule 230.  Except for exhibits and other supporting documents, no discovery motion, response, or reply shall exceed 20 pages without leave of the court.

**E. Settlement Conferences**

Parties are encouraged to contact chambers to request a court-facilitated settlement conference at which either Judge Peterson or another magistrate judge would serve as mediator.  The parties should inform the court if they would prefer either to have or not to have the assigned magistrate judge (*i.e.*, Judge Peterson) serve as the mediator.  In cases mediated by Judge Peterson, he will issue a pre-conference order establishing procedures and expectations for the settlement conference.  This order often will require a pre-conference statement from each party and a pre-conference telephone call with the lead attorneys.

*Revised May 12, 2023*